447 A.2d 639

Commonwealth v. Hill, Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted April 12, 1982. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.